**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7530**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT LEE LASSITER, III,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:01-cr-00180-RAJ-All)

Submitted:  December 10, 2008      Decided:  December 30, 2008

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lee Lassiter, III, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Lee Lassiter, III, appeals the district court's orders denying his 18 U.S.C. § 3582(c) (2006) motion and petition to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Lassiter, No. 2:01-cr-00180-RAJ-All (E.D. Va. June 20 & July 11, 2008).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED